## Davis v. Industrial Health, Accident and Life Insurance Co., Appellant.

Appeal No. 380,

Before Trexler, P. J., Keller, Cunningham, Baldrige, Stadtfeld and Parker, JJ.

Opinion by Baldrige, J., January 4, 1935:

This action was tried with that of Florence Davis v. The State Mutual Benefit Society. The same facts and legal principles are involved in both cases. We have filed an opinion this day in that case, and for the reasons therein set forth, judgment of the court below is affirmed.